1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## DISTRICT OF NEVADA

8
9

Rebecca Portillo,

10

Plaintiff

Case No.: 2:13-cv-01109-JAD-PAL

11

v.

12

**Order Granting Motion
for Summary Judgment [Doc. 21]**

Las Vegas Metropolitan Police Department
et al.,

13
14

Defendants

15
16        IT IS HEREBY ORDERED that Las Vegas Metropolitan Police Department's motion for

summary judgment [Doc. 21] is GRANTED for the reasons stated on the record at the August 18,
17
2014, hearing.  Summary judgment is hereby entered in favor of the Las Vegas Metropolitan Police
18
Department on all of plaintiff's claims against it.
19
        DATED August 19, 2014.
20
21
22
23
        _____
        Jennifer A. Dorsey
24      United States District Judge
25
26
27
28                                    1