UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| REBECCA PORTILLO,<br><br>　　　　Plaintiff,<br>　v.<br>JOHN NORMAN,<br><br>　　　　Defendant. | Case No. 2:13-cv-01109-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). The last Discovery Plan and Scheduling Order (Dkt. #12) filed November 1, 2013, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than May 1, 2014, or thirty days after a decision of any dispositive motions. Defendant Las Vegas Metropolitan Police Department filed a Motion for Summary Judgment (Dkt. #21) April 1, 2014, which the District Judge granted in an Order (Dkt. #33) entered August 19, 2014. The remaining parties were required to file a joint pretrial order within 30 days after a decision of the summary judgment motion. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that:

1. The parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., October 14, 2014.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. See Fed. R. Civ. P. 41(b).

///

///

///

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 29th day of September, 2014.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE