UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

REBECCA PORTILLO,

    Plaintiff(s),

        vs

OFFICER JOHN NORMAN,

    Defendant(s).

Case # 2:13-CV-1109-JAD-PAL

ORDER REFERRING CASE FOR
SETTLEMENT CONFERENCE

    This case is currently stacked on the Trial Calendar of **Tuesday, April 14 2015,** for a Bench Trial.

    **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

    DATED this 26th day of December, 2014.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE