# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Rebecca Portillo,

    Plaintiff,

vs.

John Norman,

    Defendant.

Case No.: 2:13-cv-1109-JAD-PAL

**Order of Dismissal**

    Magistrate Judge Leen entered a Report and Recommendation on March 20, 2015, recommending that I dismiss this case with prejudice due to plaintiff's willful failure to comply with the court's orders.[1]  The R&R recites a long history of failures or refusals to comply with orders and appear for conferences and hearings.[2]

    I now add to that list the failure of plaintiff or her counsel to appear for calendar call.  Trial of this matter was scheduled to begin on April 14, 2015, and the calendar call for that trial was yesterday at 1:30 p.m.  Pro se defendant John Norman timely appeared and announced ready for trial.  Although I waited until 2:00 p.m. to commence the hearing, neither plaintiff nor her attorney appeared for calendar call, and I vacated the trial date.[3]

    "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4]  The deadline for objections to Magistrate Judge Leen's R&R was April 6, 2015; no objections were filed.

    Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Leen's Report and

---

[1] Doc. 42.

[2] *Id*.

[3] Doc. 44.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).  *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Page 1 of 2

Recommendation **[Doc. 42] is adopted in full**.  This case is **dismissed with prejudice**.  The clerk of court is directed to enter judgment accordingly and close this case.

DATED April 7, 2015.

_____
Jennifer A. Dorsey
United States District Judge